## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:   Christine Marie Haugen, | ) | |
| | ) | |
| Debtor | ) | **ORDER RE BRIEFING SCHEDULE** |
| | ) | |
| | ) | |
| Christine Marie Haugen, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Dakota, dba Bank of North Dakota by and through Student Loans of North Dakota, | ) | Case No. 1:22-cv-179 |
| | ) | |
| Appellee. | ) | |

Appellant shall have until February 13, 2023, to file a brief with the court. Appellee shall have until March 15, 2023, to file a response to Appellant's brief.  Appellant shall have until March 29, 2023, to file a reply brief.

**IT IS SO ORDERED.**

Dated this 12th day of January, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate
United States District Court